
AKA/RKH: USAO 2013R00241


FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2013 MAR 29 P 12: 18
CLERK'S OFFICE
AT GREENBELT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *  CRIMINAL NO. AW 13 CR 0148 |
| | * |
| RACHEL ONDRIK, | *  (Submission of False Official Writing, |
| | *  18 U.S.C. § 1018) |
| Defendant | * |
| | * |

\*\*\*\*\*\*\*

## INFORMATION

The United States Attorney for the District of Maryland charges that:

On or about August 20, 2009, in the District of Maryland, the defendant,

**RACHEL ONDRIK,**

a public officer of the United States, made and delivered as true a writing containing a statement she knew to be false, that is, a voucher made and presented to the Department of Commerce's National Institute of Standards and Technology which contained false information regarding a house-hunting trip for which she claimed reimbursement.

18 U.S.C. § 1018

Rod J. Rosenstein
United States Attorney

Dated: March 29, 2013