FILED ___ ENTERED
LOGGED ___ RECEIVED

APR 3 0 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States            *

vs.                      *     Case No. 13-148 CBD

Rachel Ondrik            *

*******

ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for: Rachel Ondrik

I certify that I am admitted to practice in this court.

April 30, 2013
Date

_____
Signature of Counsel

Thomas Abbenante
Print Name          Bar Number

_____
Firm Name

1919 Penn. Ave. NW Suite 800
Address

DC   20006
City/State/Zip

202-223-6539
Phone No.

202-973-4499
Fax No.

tabbenante@aol.com
Email Address