IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. CBD-13-0148** |
| | * | |
| **RACHEL ONDRIK,** | * | |
| | * | |
| **Defendant** | * | |
| | ********** | |

## CONSENT MOTION TO WITHDRAW DOCUMENTS

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Adam K. Ake, Assistant United States Attorney for said District, and with concurrence of counsel for the defendant, Thomas Abbenante, respectfully requests that the Court allow the Government leave to withdraw the documents filed at ECF No. 10 in this case. The Government has determined that the persons who submitted the documents attached to the submission at ECF No. 10 do not have standing under the Crime Victims' Rights Act of 1982 to file a Victim Impact Statement and both parties request that the Court not consider them further.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: __/s/_____
Adam K. Ake
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

     This is to certify that on this 18th day of June, 2013, a copy of the foregoing Motion to Withdraw was served via electronic case filing upon the following:

Mr. Thomas Abbenante, Esq.
1919 Pennsylvania Avenue NW
Suite 800
Washington, DC 20006-3402

                                                    __/s/_____
                                                    Adam K. Ake
                                                    Assistant United States Attorney