IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| v. | * | Criminal No: 8:13-148 CBD |
| RACHEL ONDRIK | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEAL AND REQUEST FOR HEARING

Notice is hereby given that Rachel Ondrik, the defendant in the above-captioned case, hereby appeals to the United States District Court the findings and the sentence in this matter, as well as the Magistrate Judge's order of immediate detention, pursuant to Title 18 USC Section 3742 and Fed.R.Crim.P. 38, Fed. R.Crim. P. 58(g)(2) and (3), and Local Rule 302.

Counsel requests an expedited hearing on the matter of Ms. Ondrik's immediate detention.

June 20, 2013
  Date

Respectfully submitted,

_____/s/_____
Leslie McAdoo Gordon
McAdoo Gordon & Associates, P.C.
1140 19th St. NW, Suite 602
Washington, DC 20036
(202) 293 0534 telephone

_____/s/_____
Thomas Abbenante
1919 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
(202) 223-6539 telephone

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing has been served, by electronic mail, on this 20th day of June 2013, on all parties to the case.

                                                                       __/s/_____
                                                                       Leslie McAdoo Gordon
                                                                       McAdoo Gordon & Associates, P.C.
                                                                       1140 19th St. NW, Suite 602
                                                                       Washington, DC 20036
                                                                       (202) 293 0534 telephone
                                                                       (202) 478-2095 facsimile