Leslie McAdoo Gordon

*Law Offices*
**McAdoo Gordon & Associates, P.C.**
1140 19th Street
Suite 602
Washington, DC 20036
Phone: 202.293.0534

Maryland
District of Columbia
Virginia

✓ criminal defense
✓ debarment

✓ security clearance cases
✓ civil litigation

June 21, 2013

The Honorable Paul W. Grimm
United States District Judge
United States District Court for the District of Maryland
US Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

    Re:    United States v. Ondrik; 13-148 CBD
                 companion case (United States v. Yamatani (13-149 CBD)

Dear Judge Grimm,

    As Your Honor may know, I have filed a motion for the review of a detention order as well as a memorandum in support thereof in the above-referenced case. This case is a companion to *United States v. Yamatani* (13-149 CBD). Mr. Yamatani's counsel filed similar materials in that case yesterday.

    I write to advise Your Honor that the United States has advised my co-counsel, Thomas Abbenante, and myself, that without conceding that Title 18 USC Section 3143(a) is the applicable controlling statute, it does not object to Ms. Ondrik's release pending designation by the Bureau of Prisons, i.e., for self-surrender. If the Court entertains the motion under 3143(a), the Government's concession would obviate the need to hold a hearing on the immediate detention issue, and it would expedite Ms. Ondrik's release from detention. We would thus ask the Court, in light of the Government's concession, to immediately issue an order directing Ms. Ondrik's release from custody pending her designation by the Bureau of Prisons.

    If Your Honor has any questions about this, we would of course be available for a conference call with chambers and the United States, at the Court's convenience.

Respectfully submitted,

_____/s/_____
Leslie McAdoo Gordon
McAdoo Gordon & Associates, P.C.
1140 19th St. NW, Suite 602
Washington, DC 20036
(202) 293 0534 telephone
(202) 478-2095 fax
leslie.mcadoo@mcadoolaw.com

cc: Adam Ake, AUSA
    Robert Hur, AUSA