IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| v. | * | Criminal No: 8:13-148 CBD |
| RACHEL ONDRIK | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PRAECIPE – SUPPLEMENTAL AUTHORITY**

Defendant Rachel Ondrik, by and through counsel, hereby files this praecipe containing supplemental authority on which the defendant is relying on the issue of her immediate detention and release. The supplemental authority on which Ms. Ondrik is relying is *United States v. Polouizzi*, 760 F. Supp. 2d 284 (E.D.N.Y. 2011), a copy of which is attached as Exhibit A, for the court's convenience.

Respectfully submitted,

_____/s/_____
Leslie McAdoo Gordon
McAdoo Gordon & Associates, P.C.
1140 19th St. NW, Suite 602
Washington, DC 20036
(202) 293 0534 telephone
(202) 478-2095 facsimile
leslie.mcadoo@mcadoolaw.com

_____/s/_____
Thomas Abbenante
1919 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
(202) 223-6539 telephone
Tabbenante@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served, by Electronic Notification, on this 21st day of June 2013, on the following: United States Attorney's Office, Greenbelt, MD.

_____/s/_____
Leslie McAdoo Gordon
McAdoo Gordon & Associates, P.C.
1140 19th St. NW, Suite 602
Washington, DC 20036
(202) 293 0534 telephone
(202) 478-2095 facsimile
leslie.mcadoo@mcadoolaw.com